**2010-1173.    State ex rel. Krihwan v. Falkowski.**
Lake App. No. 2009-L-093, 2010-Ohio-2286. This cause is pending before the court as an appeal from the Court of Appeals for Lake County. It appears from the records of this court that appellant has not filed a merit brief, due December 21, 2010, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

It is ordered by the court that this cause is dismissed sua sponte.

**2010-1800. Delaney v. Levin.**
Board of Tax Appeals, No. 2010-K-719. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## CASE ANNOUNCEMENTS

*December 30, 2010*

## RECONSIDERATION OF PRIOR DECISIONS

[Cite as *12/30/2010 Case Announcements #2*, 2010-Ohio-6540.]

**2009-1715 and 2009-2094.    Geesaman v. St. Ritas's Med. Ctr.**
Allen App. No. 1-08-65, 183 Ohio App.3d 555, 2009-Ohio-3931. Reported at 127 Ohio St.3d 1259, 2010-Ohio-5946, 938 N.E.2d 1038. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

W. SCOTT GWIN, J., of the Fifth Appellate District, sitting for O'CONNOR, J.

G. GARY TYACK, J., of the Tenth Appellate District, sitting for LANZINGER, J.